# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 14, 2023

Mr. Mark Henry Magidson
Law Office
1 Park Avenue
Suite 1207
Detroit, MI 48226

Re:  Case No. 23-1611, *USA v. Matthew Childers*
     Originating Case No. 2:20-cr-20538-1

Dear Counsel,

   The Judgment has been filed in the District Court.  The transcript order for this appeal is due no later than November 28, 2023.

                    Sincerely,

                    s/Gretchen S. Abruzzo
                    Case Manager
                    Direct Dial No. 513-564-7018

cc:  Ms. Margaret M. Smith